UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Western Division

Honorio Escobar, et al.
                              Plaintiff,

v.                                          Case No.: 3:15−cv−50269
                                            Honorable Young B. Kim

Martel's Family Restaurant, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 14, 2017:

    MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for approval of settlement [53] is granted. Appearance on July 17, 2017, is not required to present this motion. The matter is dismissed without prejudice with leave to reinstate it by August 14, 2017. If the matter is not reinstated by or a motion to reinstate is not pending as of August 14, 2017, the matter will be dismissed with prejudice without further order of the court on August 15, 2017. Civil case terminated. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.